**Opinion filed November 19, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00229-CV

_____

### MOHAMMED J. KHAN, Appellant
### V.
### MEMBERS TRUST OF THE SOUTHWEST FCU, Appellee

---

**On Appeal from the County Court at Law
Erath County, Texas
Trial Court Cause No. CV06869**

---

### MEMORANDUM OPINION

The trial court signed its judgment on June 9, 2009. Appellant filed both a motion for new trial and a notice of appeal. An affidavit of inability to pay costs was not filed. When the record was not filed pursuant to TEX. R. APP. P. 35, the clerk of this court notified the parties stating that the due date had been extended until October 7, 2009. TEX. R. APP. P. 37.3(a). As of this date, the record has not been filed in this court.

Pursuant to TEX. R. APP. P. 37.3(b), it appears that the failure to file the record is due to appellant's actions. Therefore, the appeal is dismissed.


November 19, 2009                                          PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.